UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| WILLIE MAE CLARK, | ) CV 14-01486-SH |
| Plaintiff, | ) JUDGMENT |
| vs. | ) |
| CAROLYN W. COLVIN, Commissioner of Social Security, | ) |
| Defendant. | ) |

IT IS HEREBY ADJUDGED that the decision of the Commissioner is affirmed and plaintiff's Complaint is dismissed.

DATED: September 15, 2014

_____
STEPHEN J. HILLMAN
UNITED STATES MAGISTRATE JUDGE